## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

OLAJUWON HICKS,
ADC #122781                                                                                          PLAINTIFF

v.                                    2:12-cv-00002-JMM-JTK

W. BROOKS, et al.                                                                                    DEFENDANTS

### JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim for relief. The relief sought is denied.

The Court hereby certifies that an in forma pauperis appeal from an Order and Judgment dismissing this action would not be in good faith, pursuant to 28 U.S.C. § 1915(g).

IT IS SO ADJUDGED this  5  day of March , 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE